# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

| | |
|---|---|
| JEFFREY WAYNE LITTLE | CASE NO. 20-10682 |
| ANGEL LILLY LITTLE | JUDGE BENJAMIN A. KAHN |
| 2109 SAN FERNANDO DRIVE | |
| HIGH POINT, NC  27265 | |

DEBTORS

SSN(1) XXX-XX-1909      SSN(2) XXX-XX-0768      DATE:  07/27/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION P O BOX 168088 IRVING, TX  75016 | $2,845.58 INT: 5.25% NAME ID: 170178 CLAIM #: 0022 | (S) SECURED ACCT: 6385 COMMENT: 4WHEELER,721OR |
| ASHLEY FUNDING SERVICES LLC % RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC  29603-0587 | $35.16 INT: .00% NAME ID: 43468 CLAIM #: 0049 | (U) UNSECURED ACCT: 8480 COMMENT:  LAB CORP,CLASS A,721OR |
| ATT MOBILITY II LLC % ATT SERVICES INC ONE ATTWAY STE 3A104 BEDMINSTER, NJ  07921 | $0.00 INT: .00% NAME ID: 142001 CLAIM #: 0044 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| CAPITAL ONE AUTO FINANCE % AIS PORTFOLIO SERVICES LP P O BOX 4360 HOUSTON, TX  77210-4360 | $27,091.08 INT: 5.25% NAME ID: 168591 CLAIM #: 0006 | (V) VEHICLE-SECURED ACCT: 4657 COMMENT: 16BMW |
| CAVALRY P O BOX 520 VALHALLA, NY  10595 | $0.00 INT: .00% NAME ID: 156665 CLAIM #: 0014 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| CREDENCE 17000 DALLAS PKWY DALLAS, TX  75248 | $0.00 INT: .00% NAME ID: 180878 CLAIM #: 0015 | (U) UNSECURED NOT FILED ACCT: 4116 COMMENT: |
| CREDITONE LLC P O BOX 625 METAIRIE, LA  70004 | $3,268.72 INT: .00% NAME ID: 68596 CLAIM #: 0016 | (U) UNSECURED ACCT: 7959 COMMENT:  CLASS A,721OR |
| CWS/CW NEXUS P O BOX 9201 OLD BETHPAGE, NY  11804 | $0.00 INT: .00% NAME ID: 183136 CLAIM #: 0017 | (U) UNSECURED NOT FILED ACCT: 9311 COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10682

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DART TRANSIT COMPANY<br>P O BOX 64110<br>SAINT PAUL, MN  55164 | $0.00<br>INT: .00%<br>NAME ID: 183137<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8234<br>COMMENT: |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: .00%<br>NAME ID: 136979<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7377<br>COMMENT: |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: .00%<br>NAME ID: 136979<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4718<br>COMMENT: |
| DAVIDSON COUNTY TAX COLLECTOR<br>P O BOX 1577<br>LEXINGTON, NC  27293-1577 | $608.44<br>INT: .00%<br>NAME ID: 21809<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 18TX<br>COMMENT: CLASS A,721OR |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $882.44<br>INT: .00%<br>NAME ID: 179272<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 1335<br>COMMENT: CLASS A,721OR |
| DUKE ENERGY<br>DT01X BNKRPT<br>P O BOX 1245<br>CHARLOTTE, NC  28201 | $0.00<br>INT: .00%<br>NAME ID: 67012<br>CLAIM #: 0045 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST HORIZON BANK<br>P O BOX 1469<br>KNOXVILLE, TN  37901 | $22,191.58<br>INT: 5.25%<br>NAME ID: 179724<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 7349<br>COMMENT: 13FORD,COD |
| GREENSBORO RADIOLOGY PA<br>P O BOX 63012<br>CHARLOTTE, NC  28263 | $0.00<br>INT: .00%<br>NAME ID: 168994<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3287<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0046 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| HIGH POINT VETERINARY HOSPITAL<br>2507 S MAIN ST<br>HIGH POINT, NC  27263 | $0.00<br>INT: .00%<br>NAME ID: 146742<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4399<br>COMMENT: |
| HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA, FL  33614 | $0.00<br>INT: .00%<br>NAME ID: 135630<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4666<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $17,826.27<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC, 1020A, 1020A |

PAGE 3 - CHAPTER 13 CASE NO. 20-10682

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $48,226.95<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: CLASS A/B,421OR,1020A,<br>1020A |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $998.46<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 4580<br>COMMENT: QVC,CLASS B,721OR |
| MARYLAND TRANSPORTATION<br>AUTHORITY<br>P O BOX 17600<br>BALTIMORE, MD 21297 | $0.00<br>INT: .00%<br>NAME ID: 183139<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2584<br>COMMENT: |
| MATRIX FINANCIAL SERVICES CORP LLC<br>% NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261-9741 | MONTHLY PMT $1,784.63<br>INT: .00%<br>NAME ID: 184247<br>CLAIM #: 0003 | (H) ONGOING-SECURED<br><br>ACCT: 9589<br>COMMENT: DT,RE RP,CTD,EFF<br>DEC20,721A,121TFCL |
| MATRIX FINANCIAL SERVICES CORP LLC<br>% NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261-9741 | $5,353.89<br>INT: .00%<br>NAME ID: 184247<br>CLAIM #: 0004 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 9589<br>COMMENT: ARR,SEPT THRU<br>NOV20,121TFCL |
| MATRIX FINANCIAL SERVICES CORP LLC<br>% NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261-9741 | $7,359.54<br>INT: .00%<br>NAME ID: 184247<br>CLAIM #: 0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 9589<br>COMMENT: ARR THRU AUG20,121TFCL |
| MCCARTHY BURGESS & WOLFF INC<br>26000 CANNON RD<br>BEDFORD, OH 44146 | $0.00<br>INT: .00%<br>NAME ID: 183140<br>CLAIM #: 0027 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0743<br>COMMENT: |
| MEDICAL DATA SYSTEMS INC<br>755 W NASA BLVD<br>MELBOURNE, FL 32901 | $0.00<br>INT: .00%<br>NAME ID: 176281<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6770<br>COMMENT: |
| MEDICREDIT INC<br>P O BOX 1629<br>MARYLAND HEIGHTS, MO 63043-0629 | $0.00<br>INT: .00%<br>NAME ID: 145380<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND FUNDING LLC<br>320 E BIG RIVER RD #300<br>TROY, MI 48083 | $0.00<br>INT: .00%<br>NAME ID: 181294<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7571<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI 48090 | $750.00<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 2482<br>COMMENT: CLASS A,721OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $10,349.73<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 18TX<br>COMMENT: OC |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10682

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $5,923.94<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT:  18TX<br>COMMENT:  CLASS A/B,721OR |
| NATIONAL GENERAL<br>P O BOX 3199<br>WINSTON SALEM, NC  27102 | $0.00<br>INT: .00%<br>NAME ID: 147982<br>CLAIM #: 0047 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $1,020.53<br>INT: .00%<br>NAME ID: 173897<br>CLAIM #: 0032 | (U) UNSECURED<br><br>ACCT:  0768<br>COMMENT:  CLASS B,721OR |
| NPRTO SOUTH EAST LLC<br>PROG LEASING LLC<br>ATTN 1059<br>P O BOX 35146<br>SEATTLE, WA  98124 | $553.01<br>INT: .00%<br>NAME ID: 182933<br>CLAIM #: 0048 | (U) UNSECURED<br><br>ACCT:  5708<br>COMMENT:  CLASS A,721OR |
| PERFORMANT RECOVERY INC<br>P O BOX 9056<br>PLEASANTON, CA  94566 | $0.00<br>INT: .00%<br>NAME ID: 183141<br>CLAIM #: 0033 | (U) UNSECURED<br>NOT FILED<br>ACCT:  4487<br>COMMENT: |
| PIEDMONT TRIAD ANESTHESIA PA<br>145 KIMEL PARK DR STE 120<br>WINSTON SALEM, NC  27103-6983 | $738.30<br>INT: .00%<br>NAME ID: 115067<br>CLAIM #: 0043 | (U) UNSECURED<br><br>ACCT:  0768<br>COMMENT:  CLASS B,721OR |
| PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 66920<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:  7805<br>COMMENT:  SYNCHRONY BANK |
| R & L MOTORS INC<br>355 HWY 321 N<br>HICKORY, NC  28601 | $6,449.05<br>INT: 5.25%<br>NAME ID: 183589<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT:  2329<br>COMMENT:  12NISS |
| R & L MOTORS INC<br>355 HWY 321 N<br>HICKORY, NC  28601 | $4,349.15<br>INT: 5.25%<br>NAME ID: 183589<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT:  2275<br>COMMENT:  06TOYO,221A |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $2,617.75<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT:  1909<br>COMMENT:  CLASS A,721OR |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $225.28<br>INT: 10.75%<br>NAME ID: 9626<br>CLAIM #: 0051 | (T) POST PETITION TAX<br><br>ACCT:  1909<br>COMMENT:  721OR |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT: .00%<br>NAME ID: 55780<br>CLAIM #: 0036 | (U) UNSECURED<br>NOT FILED<br>ACCT:  7032<br>COMMENT: |

PAGE 5 - CHAPTER 13 CASE NO. 20-10682

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNTER RESOURCE GROUP LLC | $0.00 | (U) UNSECURED |
| P O BOX 63247 | INT: .00% | NOT FILED |
| NORTH CHARLESTON, SC 29419 | NAME ID: 183142 | ACCT: |
| | CLAIM #: 0037 | COMMENT: |
| THE PIEDMONT SCHOOL | $0.00 | (U) UNSECURED |
| 815 OLD MILL RD | INT: .00% | NOT FILED |
| HIGH POINT, NC 27265 | NAME ID: 183143 | ACCT: |
| | CLAIM #: 0038 | COMMENT: |
| US DEPARTMENT OF EDUCATION | $107,159.09 | (U) UNSECURED |
| % FEDLOAN SERVICING | INT: .00% | |
| P O BOX 790234 | NAME ID: 177948 | ACCT: 0768 |
| SAINT LOUIS, MO 63179 | CLAIM #: 0050 | COMMENT: CLASS B,721OR |
| UTAH HIGHER ED/DEPT OF ED | $0.00 | (U) UNSECURED |
| P O BOX 145122 | INT: .00% | NOT FILED |
| SALT LAKE CITY, UT 84114 | NAME ID: 183144 | ACCT: |
| | CLAIM #: 0039 | COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS | $0.00 | (U) UNSECURED |
| AGENT | INT: .00% | AMENDED |
| P O BOX 4457 | NAME ID: 176005 | ACCT: 0001 |
| HOUSTON, TX 77210-4457 | CLAIM #: 0040 | COMMENT: 621C/WDRN |
| WALKER FURNITURE GALLERY INC | $46,447.00 | (U) UNSECURED |
| ANDREW S LASINE ESQ | INT: .00% | |
| P O BOX 2608 | NAME ID: 183340 | ACCT: 2118 |
| HIGH POINT, NC 27261-2608 | CLAIM #: 0041 | COMMENT: CLASS A,721OR |
| WVPA-CUSTOMER SERV CTR | $0.00 | (U) UNSECURED |
| P O BOX 1469 | INT: .00% | NOT FILED |
| CHARLESTON, WV 25325-1469 | NAME ID: 183146 | ACCT: |
| | CLAIM #: 0042 | COMMENT: |
| **TOTAL:** | **$325,107.57** | |
| JULIE H MORRISON ESQ | $3,000.00 | ATTORNEY FEE |
| IVEY & EGGLESTON | | |
| 111 WORTH ST | | |
| ASHEBORO, NC 27203 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/27/2021                                               OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice